# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Roxanna Hyde, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00918-HNJ |
| | ) | |
| American Coradius International, | ) | |
| LLC, a Delaware limited liability | ) | |
| company, | ) | |
|    Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by September 25, 2020.

Dated: August 13, 2020

/s/ David J. Philipps_____
One of Plaintiffs' Attorneys

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 13, 2020, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Laura C. Nettles            lnettles@lgwmlaw.com
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road
Suite 100
Birmingham, Alabama 35213

Ronald C. Sykstus           rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
 & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com