# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Roxanna Hyde, )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>American Coradius International, )<br>LLC, a Delaware limited liability )<br>company, )<br>    Defendant. ) | No. 3:20-cv-00918-HNJ |

## STIPULATION OF DISMISSAL

The parties, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of this matter with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 10, 2020

One of Plaintiff's Attorneys               One of Defendant's Attorneys

/s/ David J. Philipps_____            /s/ Laura C. Nettles w-permission
David J. Philipps                          Laura C. Nettles
Philipps & Philipps, Ltd.                  Lloyd, Gray, Whitehead & Monroe, P.C.
9760 South Roberts Road, Suite One         880 Montclair Road, Suite 100
Palos Hills, Illinois 60465                Birmingham, Alabama 35213

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2020

                                           ENTERED:

                                           _____
                                           Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2020, a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Laura C. Nettles<br>Lloyd, Gray, Whitehead<br>   & Monroe, P.C.<br>880 Montclair Road<br>Suite 100<br>Birmingham, Alabama 35213 | lnettles@lgwmlaw.com |
| Ronald C. Sykstus<br>Bond, Botes, Sykstus, Tanner<br>   & Ezzell, P.C.<br>225 Pratt Avenue<br>Huntsville, Alabama 35801 | rsykstus@bondnbotes.com |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com