UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| ROXANNA HYDE, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) Case No. 3:20-cv-00918-HNJ |
| AMERICAN CORADIUS INTERNATIONAL, LLC, | ) ) ) ) |
| Defendant | ) ) |

## **O R D E R**

Pursuant to the parties' Joint Stipulation of Dismissal (doc. 16), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, without costs to either party.

**DONE** and **ORDERED** this 11th day of September, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE